

| | |
|---|---|
| § | No. 08-21-00034-CR |
| § | Appeal from the |
| EX PARTE: JARETH CARDENAS, § | 394th District Court |
| § | of Culberson County, Texas |
| § | (TC# 5684) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the order of the court below and remand the case to the district court for immediate further proceedings consistent with this opinion. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 21ST OF JULY, 2021.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.